UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

TODD KRIESLER, : 26-cv-1901 (SHS)

Plaintiff, : ORDER

-against- :

400 EAST 53rd STREET, LLC, and HEAVENLY FOOD MARKET FIRST AVE INC., :

Defendants.

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. In light of the fact that 400 East 53rd Street, LLC has appeared in this matter [Doc. No. 17, the Certificate of Default as to defendant 400 East 53rd Street, LLC [Doc. No. 10] is vacated;

2. The last day for completion of fact and expert discovery is February 12, 2027; and

3. There will be a pretrial conference on February 17, 2027, at 2:30 p.m.

Dated: New York, New York
October 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.